UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN BILL,<br><br>               Petitioner,<br><br>      v.<br><br>UNITED STATES OF AMERICA,<br><br>               Respondent. | NO. CV16-00941RSM<br>(CR11-103RSM)<br><br>**ORDER REINSTATING SENTENCE** |

This Matter having come before the Court as a result of the stipulation of the parties, and having considered that stipulation and the record before the Court, it is hereby ORDERED:

1. This Court's Order of January 12, 2017, granting John Bill's motion pursuant to 28 U.S.C. § 2255 is hereby VACATED by stipulated request of the parties, and Petitioner's motion (Dkt. #1) is DISMISSED.

2. Because that Order is vacated and the motion dismissed, Mr. Bill's original judgment and sentence entered on October 14, 2011, is REINSTATED. The resentencing hearing currently set for March 10, 2017, is now STRICKEN from the calendar.

DATED this 9th day of March, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE